# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1860
Lower Tribunal No. 2012-CA-002080

_____

MARIE BLEECKER,

Appellant,

v.

MARCOS LOPEZ, SHERIFF OF OSCEOLA COUNTY,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

October 28, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.

Matthew Struble, of StrubleCohen, Indialantic, for Appellant.

Matthew A. Kozyra and Thomas W. Poulton, of DeBevoise & Poulton, P.A., Winter Park, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED